IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VEG INVEST TRUST,<br><br>      Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE, UNITED STATES OF AMERICA<br><br>      Defendant. | Case No. 1:23-cv-01072-RCL |

**JOINT STATUS REPORT**

Pursuant to paragraphs 5 and 6 of the parties' September 19, 2023 Stipulation and Joint Motion to Stay (ECF No. 22), and the Court's Order staying this case (ECF No. 23), the parties submit this joint report to update the Court on the status of this case.

1. On September 19, 2023, the parties stipulated that the IRS grant plaintiff a Collection Due Process ("CDP") hearing, and moved the Court to stay further proceedings to allow time for the administrative proceedings to be completed. (ECF No. 22).

2. On October 6, 2023, the IRS issued a Notice of Determination with respect to Plaintiff's Collection Due Process ("CDP") hearing request.

3. Per Paragraph 4(b) of the parties' stipulation (ECF No. 22), the parties have filed, concurrently with this report, a stipulation of dismissal as to Counts I and IV of the First Amended Complaint.

4. The parties continue to discuss resolution of the sole remaining count of the First Amended Complaint (Count III), and respectfully request that the stay remain in place for another

thirty days to permit the parties time to resolve the sole remaining count, or to agree on a schedule for further proceedings with respect to Count III.

5. The parties further propose to file another joint report on or before November 15, 2023 for further proceedings (if necessary) in this case.

Dated: October 16, 2023                                  Respectfully submitted,


                                                    DAVID A. HUBBERT
Deputy Assistant Attorney General


*/s/ Ryan O. McMonagle*
RYAN O. MCMONAGLE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-307-1355 (v)
202-514-6866 (f)
Ryan.McMonagle@usdoj.gov
*Counsel for the United States*


*/s/ Anthony V. Diosdi*
Anthony V. Diosdi (Fl. Bar No. 490121)
Pro Hac Vice
Diosdi Ching & Liu, LLP
505 Montgomery Street, 11th Floor
San Francisco, CA 94111
Phone: (415) 318-3990
Fax: (415) 335-7922
adiosdi@sftaxcounsel.com
*Counsel for Veg Invest Trust*