IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VEG INVEST TRUST, ) | |
| ) | Case No. 1:23-cv-01072-RCL |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| INTERNAL REVENUE SERVICE, UNITED ) | |
| STATES OF AMERICA ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DISMISSAL**

IT IS STIPULATED AND AGREED THAT that the above-captioned case is voluntarily dismissed with prejudice.

Dated: November 15, 2023

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Ryan O. McMonagle*
RYAN O. MCMONAGLE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-307-1355 (v)
202-514-6866 (f)
Ryan.McMonagle@usdoj.gov
*Counsel for the United States*

*/s/ Anthony V. Diosdi*
Anthony V. Diosdi (Fl. Bar No. 490121)
Pro Hac Vice
Diosdi Ching & Liu, LLP
505 Montgomery Street, 11th Floor
San Francisco, CA 94111
Phone: (415) 318-3990
Fax: (415) 335-7922
adiosdi@sftaxcounsel.com
*Counsel for Veg Invest Trust*